Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | |
|---|---|---|
| In Re: | Xicepta Sciences Inc. | Case No.: 16–31404 HLB 7 |
| | Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 9/5/17

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge